# UNITED STATES BANKRUPTCY COURT

# Minute Entry

## Hearing Information:

**Debtor:** LISA RENEE GIBSON
**Case Number:** 4:22-BK-00073-SHG  **Chapter:** 13
**Date / Time / Room:** TUESDAY, FEBRUARY 07, 2023 02:00 PM  VIDEO CONF HRGS
**Bankruptcy Judge:** SCOTT H. GAN
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** ALICIA JOHNS

## Matter:

HEARING ON DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS
**R / M #:** 64 / 0

## Appearances:

CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE, Appearing by videoconference
CHRISTOPHER JAMES DUTKIEWICZ, ATTORNEY FOR LISA RENEE GIBSON, Appearing by videoconference

## Proceedings:

Mr. Morris advised that he has been contacted by Mr. Dutkiewicz who suggested a 14 day drop dead to either convert or dismiss the case. The trustee was unable to stipulate due to the Court's possible concerns about § 1308.

Mr. Dutkiewicz did not respond to the § 1308 issue. The Debtor was a bus driver and got behind due to covid. Fortunately, the Debtor got assistance through HAF or a similar program. The mortgage as of last month was caught up. The drop dead request was to get the Debtor time to figure out the car situation.

The Court explained its position with regard to § 1308. It asked why two weeks makes a difference for the Debtor.

Mr. Dutkiewicz had no basis to argue the § 1308 issue. The Debtor was aware she had to file the taxes. The two weeks was to try to avoid having the car repossessed.

Mr. Morris reiterated that the Debtor's request is to have two weeks to either convert or dismiss the case.

Mr. Dutkiewicz agrees.

COURT: THE DEBTOR WILL BE GIVEN TWO WEEKS TO CONVERT OR DISMISS THE CASE. IF THERE IS NO ACTION BY THE DEBTOR TO CONVERT OR DISMISS THE CASE, THEN THE TRUSTEE WILL BE AUTHORIZED TO UPLOAD A FORM OF ORDER DISMISSING THE CASE.

The hearing was concluded.